UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 1:17-cv-915 |
| v. | ) |
| **McGuire's Evergreen Golf Course, Inc.**, a Michigan corporation for profit, | ) Judge Robert J. Jonker |
| | ) **ORDER OF DISMISSAL** |
| Defendant. | ) |

**THIS CAUSE** came before the Court on Plaintiff's Motion for Voluntary Dismissal. The Court, having reviewed the Motion and after having been otherwise duly advised on the premises, accordingly it is

### IT IS ORDERED:

1. This action is dismissed, with prejudice.

 /s/ Robert J. Jonker
Hon. Robert J. Jonker
U.S. District Court Judge

Dated: January  25 , 2018.